JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| RYAN CHRISTIANSON,<br><br>Plaintiff,<br><br>v.<br><br>THOR MOTOR COACH, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO.: 5:17-cv-00400-JVS-(DTBx)**<br>(Removed from San Bernardino Superior Court, Case No. CIVDS1700815)<br><br>**ORDER** |

A Stipulation was submitted by the parties, by and through their attorneys of record, Kimberli C. Zazzi, Esq. of Lemon Law Pro for plaintiff RYAN CHRISTIANSON ("Plaintiff"), and Dolores E. Gonzales of Summer and Shives, A.P.C. for THOR MOTOR COACH, INC. (Defendant").

After full consideration, the Court orders as follows:

1. IT IS ORDERED THAT this case be Remanded to the Superior Court of the State of California County of San Bernardino.
2. IT IS FURTHER ORDERED that PLAINTIFF is allowed to amend the complaint to add MIKE THOMPSON RV SUPERSTORES as a defendant.

IT IS SO ORDERED

DATED: May 12, 2017

_____
The Honorable James V. Selna
United States District Court Judge